675 A.2d 1237

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Andre STEVENS, Petitioner.**

**No. 0075 Capital Appeal.**

Supreme Court of Pennsylvania.

May 23, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 23rd day of May, 1996, it is ordered that petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari, is GRANTED and the execution shall be stayed pending action by the United States Supreme Court on the petition for certiorari from this Court's ruling in *Commonwealth v. Stevens,* 543 Pa. 204, 670 A.2d 623 (1996).